STATE of Missouri, Respondent,

v.

Michael A. LESTER, Appellant.

No. WD 57614.

Missouri Court of Appeals,
Western District.

Feb. 6, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 27, 2001.

Application to Transfer Denied
May 29, 2001.

Susan L. Hogan, Appellate Defender,
Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Breck K. Burgess, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before HOLLIGER, P.J.,
LOWENSTEIN and NEWTON, JJ.

### ORDER

PER CURIAM:

Michael A. Lester was convicted by a jury of burglary in the first degree under § 569.160, RSMo 1994, robbery in the first degree under § 569.020, RSMo 1994, attempted robbery in the first degree under §§ 564.011 and 569.020, RSMo 1994, forcible rape under § 566.030, RSMo 1994, two counts of forcible sodomy under § 566.060, RSMo 1994, and five counts of armed criminal action under § 571.015, RSMo 1994. The trial court sentenced him to a prison term totaling 250 years for all counts. For the reasons set forth in the memorandum provided to the parties, we affirm the judgment of conviction. Rule 30.25(b).